```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
GRACIELA DONCOUSE,                                         :
                                                           :
                            Plaintiff,                     :
                                                           :        23-CV-10429 (VSB)
              -against-                                    :
                                                           :           ORDER
FOUR FOUR TAIPEI NOODLES INC. AND                          :
477 AMSTERDAM REALTY LLC,                                  :
                                                           :
                            Defendants.                    :
                                                           :
----------------------------------------------------------- X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on November 29, 2023, (Doc. 1), and filed affidavits of service on December 21, 2023, (Docs. 5, 6).  The deadline for Defendants to respond to Plaintiff's complaint was January 3, 2024.  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 5, 2024.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 22, 2024
             New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge