UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
GRACIELA DONCOUSE,

                         Plaintiff,

         -against-

FOUR FOUR TAIPEI NOODLES INC. AND
477 AMSTERDAM REALTY LLC,

                      Defendants.
-------------------------------------------------------- X

23-CV-10429 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: March 22, 2024
       New York, New York

                                                        *[signature]*
                                                        Vernon S. Broderick
                                                       United States District Judge